CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
May 29, 2026
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

KHALIL BRAXTON,

*Plaintiff,*

v.

G.L. WATERMAN,

*Defendant.*

CASE NO. 6:25-CV-00019

ORDER

JUDGE NORMAN K. MOON

The parties have reached a settlement in principle. *See* Dkt. 45. Because there is no longer a live controversy, this case is **DISMISSED** without prejudice and all pending motions are **DENIED AS MOOT**. The Clerk is directed to strike this case from the active docket.*

Upon execution of their settlement agreement, the parties shall file a joint stipulation of dismissal with prejudice in accordance with Judge Memmer's Order. *Id.* The parties' joint stipulation will convert this dismissal without prejudice to a dismissal *with prejudice* without further court order. *See Holloway v. City of Virginia Beach*, 2025 WL 1888244, at *3 (E.D. Va. July 8, 2025) (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)).

It is so ordered.

Entered this 29th day of May 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

* Should the parties fail to ratify their settlement agreement, they may move to reopen this case, and the Court will vacate this order of dismissal.